UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOK
-------------------------------------------------------------------x

KIMMIEKAKES LLC,

      Plaintiff,

  -against-

PLEATED LLC and HANXIAO (aka LULU) ZHAO,

      Defendants.
-------------------------------------------------------------------x

Case No. 1:23-cv-01837-KPF

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for plaintiff Kimmiekakes LLC. I certify that I am admitted to practice before this court.

Dated:  New York, New York
        March 13, 2023

By: /s/Clark A. Freeman
     Clark A. Freeman
     clark@solomoncramer.com

SOLOMON CRAMER & SUMMIT LLP
25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102

*Attorneys for Plaintiff Kimmiekakes LLC*