

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIMMIEKAKES LLC

        Plaintiff(s),

    -against-

PLEATED LLC, et al.,

        Defendant(s).
-----------------------------------------------------------X

1:23-CV-01837
AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
        S.S.
STATE OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6TH day of March, 2023, at approximately the time of 2:15p.m, at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBIT AND CIVIL COVER SHEET AND RULE 7.1. STATEMENT upon PLEATED LLC, in this action, by delivering to and leaving with NANCY DOUGHERTY, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service, deponent paid said Secretary of State a fee of forty dollars, that said service was made pursuant to Section 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as foresaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com



NANCY DOUGHERTY is a white female, approximate 60 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

*[Signature]*
DEBORAH LaPOINTE

Sworn to before me this 7th
day of March, 2023

_____
NOTARY PUBLIC

KELLY A BRUNELLE
NOTARY PUBLIC, STATE OF NEW YORK
Certified in Rensselaer County
ID# 01BR5049626
Commission Expires 9/18/25

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com