UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMMIEKAKES LLC,<br><br>        Plaintiff,<br><br>      -v.-<br><br>PLEATED LLC, HANXIAO ZHAO,<br><br>        Defendants. | 23 Civ. 1837 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Defendant Hanxiao Zhao's executed waiver of service filed March 27, 2023, which sets forth an answer deadline of May 23, 2023. (Dkt. #11). To allow the parties sufficient time to prepare for the initial pretrial conference, the conference currently scheduled for May 25, 2023, is hereby ADJOURNED to **June 7, 2023, at 11:00 a.m.**

  SO ORDERED.

Dated: March 28, 2023
     New York, New York

                         KATHERINE POLK FAILLA
                         United States District Judge