```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIMMIEKAKES LLC,

                Plaintiff,

    -against-

PLEATED LLC, HANXIAO ZHAO,

                Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**23-CV-1837 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for settlement purposes (docket no. 28).  A telephone conference will be held on **Thursday, August 24, 2023 at 3:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: July 18, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge