USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  KIMMIEKAKES LLC,

                                 Plaintiff,

           -against-

PLEATED LLC, HANXIAO ZHAO,

                                Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

**23-CV-1837 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Stipulation & Order of Dismissal filed on August 10, 2023 (doc. no 31) the Pre-settlement Telephone Conference scheduled for **August 24, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: August 11, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge